Your Name: Eugene Hart Jr.
Your Address: #166 Turk st. S.F., Ca. 94102
Phone Number: (510) 418-5267
Email Address: eugenehartJr@gmail.com
Pro Se Plaintiff

FILED
SEP 11 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

NJ
#4 IFP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Eugene Hart Jr.
Plaintiff,

v.

Google llc/inc (Gmail.com)
Defendant.

Case Number [leave blank] CV26-10288 LJC

COMPLAINT

DEMAND FOR JURY TRIAL

Yes ☒ No ☐

## I. PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Eugene Hart Jr.
Address: #166 Turk st., SanFrancisco, California 94102
Telephone: (510) 418-5267

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:
Name: Lynette Lewis
Address: #2000 Mt. Mount, Antioch Ca. 94531
Telephone: (925) 777-0332

Defendant 2:

Name: Chaz Long & Vernon Cummings & Francis [illegible]

Address:

Telephone:

Defendant 3:

Name: Duncan Fields & Ronald Clark & Peter Fields

Address:

Telephone:

## II. JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

☐ under federal question jurisdiction because it involves a federal law or right.

Which federal law or right is involved?

No question or No Jurisdiction for case.

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## III. VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☒ at least one defendant is located in this District and any other defendants are located in California.

## IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in S.F./Oakland County, it should be assigned to the San Francisco Division of this Court.

## V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6.** Use more pages as needed.

In this case the issue is that it's been a "Breach" of my personal information. Within that Breach my email was taken over and so someone else owns my email and has some one claiming my email and identity. Causing so many problems in my life, my life changed due to someone elses mistakes.

Im in dispute of everything has done in my Name. I don't agree with being Replaced with the change's my old family made. I don't like that someone else having access To all my Messages, before I get it. It's a invasion of my privacy and life. It disrupted my whole life To the point my life would never be the same due to the decisions made. So for the Second I AM disputing the claims To Take over my own email, it invades privacy and erodes Trust. So this is a simple Complaint To stop the access To all my "personal information": All I want is my life To go Back To normal, because Right now everything Been disrupted.

## VI. CLAIMS

**First Claim**

Name the law or right violated:

Privacy Rights, invaded ; violated

Name the defendants who violated it:

Lynette Lewis, Robert Hart, Chaz Long, Vernon Gaines

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Law was the so called Rule of law that I don't agree with. It's caused harm Because it allows others To control different aspects over my life. Im more isolated and I don't Be around people that much. I think it should Be a crime for the Type of theft and Take overs that was allowed. It Been going on for So long Massive Damage caused harm to the point It changed my normal Rutine day to day. Challenges To my legal Status is at Risk for loss

______________ **Claim**

Name the law or right violated:

Name the defendants who violated it:

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: ______________ Sign Name: ______________________

Print Name: ______________________

Copy this page and insert it where you need additional space.